UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>VIRTUAL CURRENCY ASSOCIATED WITH NORTH KOREAN IT WORKER MONEY LAUNDERING AND SANCTIONS EVASION CONSPIRACIES<br>         Defendant. | Civil No.  1:25-cv-01769 |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Rick Blaylock Jr., at telephone number 202-252-6765, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Rick Blaylock Jr.
RICK BLAYLOCK JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW
Washington, D.C.  20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov