UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY ASSOCIATED WITH NORTH KOREAN IT WORKER MONEY LAUNDERING AND SANCTIONS EVASION CONSPIRACIES,<br><br>Defendant *In Rem*. | Civil Action No. 25-cv-1769 |

## WARRANT FOR ARREST *IN REM*

TO: THE UNITED STATES MARSHALS SERVICE, THE FEDERAL BUREAU OF INVESTIGATION, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 5th day of June, 2025, alleging that the above Frozen Defendant Property are subject to seizure, pursuant to Rule G(3)(b)(ii), and forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds traceable to a violation of 18 U.S.C. § 1343 and 50 U.S.C. § 1705(a)—a "specified unlawful activity" as that term is defined in 18 U.S.C. § 1956(c)(7)(D) and pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in a violation of 18 U.S.C. § 1956(a)(2)(A), 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(i), and 18 U.S.C. § 1956(h).

The Court, being satisfied that, based on the Verified Complaint for Forfeiture *In Rem*,

there is probable cause to believe that the Frozen Defendant Property is property constituting or derived from proceeds traceable to violations of 18 U.S.C. § 1343 and 50 U.S.C. § 1705(a), and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). Furthermore, the Frozen Defendant Property is involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(2)(A), 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(i), and 18 U.S.C. § 1956(h) and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the Frozen Defendant Property, thus bringing, within the jurisdiction of the Court, said Frozen Defendant Property and use discretion and whatever means appropriate to protect and maintain said Frozen Defendant Property;

IT IS FURTHER ORDERED that the United States shall maintain custody of the Frozen Defendant Property until further order of this Court respecting the same and shall use its discretion and whatever means appropriate to protect and maintain said Frozen Defendant Property; and

IT IS FURTHER ORDERED that the United States shall serve upon all potential claimants to the Frozen Defendant Property a copy of this Warrant of Arrest and Notice *in Rem*, along with the Verified Complaint for Forfeiture *in Rem*, in a manner consistent with the principles of notice in an action *in rem* under Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and Title 18, United States Code, Section 983(a).

This warrant provides notice that in order to avoid forfeiture of the Frozen Defendant Property, any person claiming an interest in or right against the Frozen Defendant Property must file a claim in the court where the action is pending pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. The claim must identify the specific

property claimed; identify the claimant and state the claimant's interest in the property; be signed by the claimant under penalty of perjury; and be served on the government attorney handling the case. A claimant must file a claim no later than 35 days after the date the notice is sent or, as applicable, no later than 60 days after the first day of publication on an official internet government forfeiture site. In addition, any person having filed such a claim shall also file an answer or motion under Rule 12 within 21 days after the claim.

All claims, answers, or motions for the Frozen Defendant Property must be filed with the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Avenue, N.W. Washington, DC 20001, Room 1225. Copies of the claim and answer or motion are to be sent to Rick Blaylock, Jr., Assistant United States Attorney, Asset Forfeiture Coordinator, 601 D St NW, Washington, DC 20004.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

ISSUED at Washington, District of Columbia, this 14th day of July, 2025.

APPROVED AND SO ORDERED:

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE